**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>EDITHA B. BERNARDO<br><br>Debtor. | CHAPTER 13 PROCEEDING<br>NO.19-10589<br><br>DEBTOR'S DECLARATION TO AVOID LIEN OF CREDIT INTERNATIONAL CORPORATION |

I, Editha B. Bernardo under the penalty of perjury, hereby declare:

1. I am the Debtor in the above-named action.

2. I initially filed for relief under Chapter 13 of the Bankruptcy Code on February 21, 2019.

3. I am the owner of a parcel of real estate property located at 11517 28th Avenue NE, Unit D, Seattle, WA 98125.

4. On the date of filing, the value of my home was $452,000.00 per Schedule A of our Bankruptcy petition.

5. The senior lienholder, Champion Mortgage, holds a reverse mortgage, which was approximately $328,000.00 at the time of filing. There is a judgment lien of approximately $514.36 from Credit International Corporation.

Declaration - 1

**ADVANTAGE LEGAL GROUP**
**12207 NE 8TH STREET**
**BELLEVUE, WA 98005**
Tel: 425-452-9797
Facsimile: 425-440-7681

6. I claimed a homestead exemption of on Schedule A of our Bankruptcy petition. Furthermore, there is no equity after the first deed of trust is paid in full and the claimed homestead exemption.

7. On or around March 7, 2011, Credit International Corporation obtained a judgment against me, in King County Superior Court, in the amount of approximately $514.36 per Case Number: 105-11605. Credit International Corporation obtained a judgment lien against the real property located at 11517 28th Avenue NE, Unit D, Seattle, WA 98125.

8. Signed under the penalty of perjury in King County, Washington.

/s/ Editha B. Bernardo
Editha B. Bernardo                                                            May 23, 2019

Declaration - 2

**ADVANTAGE LEGAL GROUP**
**12207 NE 8TH STREET**
**BELLEVUE, WA 98005**
**Tel: 425-452-9797**
**Facsimile: 425-440-7681**