# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EDITHA B. BERNARDO<br><br>Debtor. | CHAPTER 13 PROCEEDING<br>NO. 19-10589<br><br>ORDER AVOIDING LIEN OF CREDIT INTERNATIONAL CORPORATION |

This matter, having come before this Court on the Motion of the Debtor, Editha B. Bernardo, for an Order to avoid the judicial lien of Credit International Corporation and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised in the premises, now, therefore, it is

HERBY ORDERED

1. That the judicial lien of Credit International Corporation entered in the Superior Court of the State of Washington in and for the County of King as Case No: 105-11605 against the Debtor and against real property 11517 28th Avenue NE, Unit D, Seattle, WA 98125, also shown as

Order Avoiding Lien - 1

**ADVANTAGE LEGAL GROUP**
**12207 NE 8ᵗʰ STREET**
**BELLEVUE, WA 98005**
**Tel: 425-452-9797**
**Facsimile: 425-440-7681**

Parcel Number 344800-1767, is hereby avoided in its entirety, and shall not affix or otherwise attach to the Debtor's real property.

1. That, in the event of Debtor's bankruptcy case is dismissed; this Order avoiding the judicial lien of Credit International Corporation shall no longer apply.

/// End of Order ///

Presented by:

/s/ Jonathan Smith
Jonathan Smith, WSBA #27372
Attorney for Debtor

Order Avoiding Lien - 2

**ADVANTAGE LEGAL GROUP**
**12207 NE 8TH STREET**
**BELLEVUE, WA 98005**
**Tel: 425-452-9797**
**Facsimile: 425-440-7681**